DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

MAHMOUD SALEH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2600

—————————————————

September 1, 2023

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.